UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DESMOND BABLOO SINGH,

               Defendant.

**ORDER**

24 Cr. 510 (ER)

Ramos, D.J.:

    On August 28, 2024, the above-referenced case was transferred from the District of Maryland for the purposes of supervised release. The Probation Officer assigned to his case has advised that Mr. Singh is having difficulty adjusting to Supervision and believes that Mr. Singh would benefit from representation. Accordingly, the Federal Defender assigned to receive cases today, Christopher Flood, is hereby ordered to assume representation of the defendant.

SO ORDERED.

Dated:  New York, New York
         October 11, 2024

                                                   Edgardo Ramos, U.S.D.J.